closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEWBASIS WEST LLC, a limited liability company,<br><br>Defendant. | Case No. 5:16-cv-02193-DSF-DTB<br><br>**ORDER DISMISSING CASE AND TERMINATING JURISDICTION [30]** |

The Court having considered the parties' joint Stipulation to Dismiss Case and Terminate Jurisdiction along with the exhibits attached thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Court's jurisdiction over the parties pursuant to the Settlement Agreement and subsequent amendments is hereby terminated;

IT IS FURTHER ORDERED that this case is hereby dismissed. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __January 29__, 2021

_Dale S. Fischer_
Judge Dale S. Fischer
United States District Judge